
< BACK TO RESULTS

# Facility Page

## Detention Information For:

**ISABELLA GUERRA-LAMARCHE**
**Country of Birth:** Cuba
**A-Number:** 240648252

## Current Detention Facility:

MONTGOMERY PROCESSING CTR (IHSC)
806 Hilbig Rd.
Conroe, TX 77301
**Visitor Information:** (936) 521-4900

MORE INFORMATION >



## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - Montgomery County, TX Sub Office
**Phone Number:** (936) 520-5700

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Bureau of Prisons Inmate Locator

