U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE

Name: **GUERRA-LAMARCHE, ISABELLA**

File No.: **240648252**
Date: Mar 30, 2022

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

- ☒ You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.
- ☒ You must surrender for removal from the United States if so ordered.
- ☒ You must report in (writing) (person) to <u>Duty officer</u> at <u>Houston BI Office.</u> on <u>April 14, 2022, 10:00 AM</u> as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

- ☒ You must not change your place of residence without first securing written permission from the officer listed above.
- ☒ You must not violate any local, State or Federal laws or ordinances.
- ☒ You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.
- ☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

  *If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

- ☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE:** Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.

for Tom Koshi, Supervisory Detention and Deportation Officer
(Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **SPANISH** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of ICE Official Serving Order)

Mar 30, 2022
Date

(Signature of Alien)

I hereby cancel this order of release because:

☐ The alien failed to comply with the conditions of release.     ☐ The alien was taken into custody for removal.

(Signature of ICE Official Cancelling Order)     Date

ICE Form I-220A (10/20)     Page 1 of **4**

# ORDER OF RELEASE ON RECOGNIZANCE
## (CONTINUATION PAGE)

| Alien Name | | Picture | Right Index Print |
|---|---|---|---|
| GUERRA-LAMARCHE, ISABELLA | | | |
| File Number | Date | | |
| 240648252 | Mar 30, 2022 | | |
| Alien's Signature *(Isabella)* | | | |
| Alien's Telephone Number (if any) | | | |
| 786-972-8637 | | | |
| Alien's Address | | | |
| C/O 18215 PIN OAK LAKE DR, RICHMOND, TX 77407 | | | |

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | 450 N Sam Houston Parkway, #150, Houston, TX 77060, 832-680-1490 |
| Reported As Required Officer Initials _EC_ Next Report Date _8/2/23_ | | |
| PERMISSION TO TRAVEL TO _Orlando, FL_ IS GRANTED _Pasillas, T 6174_ 8/9/2022 DEPORTATION OFFICER HOUSTON, TEXAS | | Next Report 8/9/2023 |

| Signature | Title |
|---|---|
| *BK* | Brian Chang, Deportation Officer |

ICE Form I-220A (10/20)

# ORDER OF RELEASE ON RECOGNIZANCE
## (ADDENDUM)

Name: **GUERRA-LAMARCHE, ISABELLA**

File No.: **240648252**

Date: **Mar 30, 2022**

- [x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

- [x] That you do not commit any crimes while on this Order of Release on Recognizance.

- [x] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

- [x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

- [x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

- [x] Any violation of the above conditions will result in revocation of your employment authorization document.

- [x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

- [ ] Other:

X _____
(Signature of Alien)

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: ISABELLA GUERRA-LAMARCHE

A-File Number: A240 648 252

Date: 03/30/2022

Event ID: EGT2203001978
Subject ID: 376630815
FIN: 1318380445

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):
 ☐ Under bond in the amount of $ _____
 ☒ On your own recognizance.
 ☐ Under other conditions. [Additional document(s) will be provided.]

ROBERTO MELENDEZ
Name and Signature of Authorized Officer

03/30/2022 0532
Date and Time of Custody Determination

ACTING PATROL AGENT IN CHARGE
Title

Laredo, TX
Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and
 ☐ I **do** request an immigration judge review of this custody determination.
 ☒ I **do not** request an immigration judge review of this custody determination.

Signature of Alien

03/30/2022
Date

The contents of this notice were read to ISABELLA GUERRA-LAMARCHE (Name of Alien) in the SPANISH (Name of Language) language.

HERNANDEZ, GUSTAVO
Name and Signature of Officer

GUSTAVO HERNANDEZ JR
Name or Number of Interpreter (if applicable)

BORDER PATROL AGENT - INTELLIGENCE
Title

DHS Form I-286 (1/14)