Case 4:26-cv-00104   Document 3   Filed 01/13/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISABELLA GUERRA-LAMARCHE, <br> A #240-648-252, <br> Petitioner, <br><br> VS. <br><br> KRISTI NOEM, *et al.*, <br><br> Respondents. | § § § § § § § § § § § | CIVIL ACTION NO. 4:26-CV-00104 |

## ORDER FOR AN EXPEDITED ANSWER

The petitioner, Isabella Guerra-Lamarche, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center in Conroe, Texas. Through counsel, petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her continued detention. Doc. No. 1.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts[1] requires the Court promptly to examine the petition and its attached exhibits and dismiss the petition, in whole or in part, if the face of the petition shows that the petitioner is not entitled to relief. Having conducted the required examination, and concluding that some

---

[1] A district court may apply any of the rules governing habeas petitions filed under 28 U.S.C. § 2254 to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

of the allegations require an expedited answer,[2] the Court **ORDERS** that Respondents file an Answer to the petition as follows:

    1.    The Clerk must deliver copies of the petition, (Doc. No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by certified mail return receipt requested, to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

    2.    The Clerk must also serve copies of the petition, (Doc. No. 1) and this Order by certified mail on: (1) Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and (2) Warden, Montgomery Processing Center, 806 Hilbig Road, Conroe, Texas 77301.

    3.    Respondents must file an answer or other appropriate responsive pleading within **fourteen (14) days** after the date of service and must forward a copy to the petitioner's counsel. They are advised that under Federal Rule of Civil Procedure 12(d), if matters outside the pleadings are relied upon, their motion will be treated as a motion for summary judgment and should be entitled as such.

    4.    In addition to any defense, in law or fact, to a claim for relief by Petitioner, Respondents' answer must contain: (a) a statement of the authority by which Petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were

---

[2] *See* 28 U.S.C. § 2243 (providing that an answer to show cause should be "returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

entered; and (b) a statement as to whether Petitioner has exhausted all available administrative remedies.

5. Whether Respondents elect to submit an answer or a dispositive motion (*i.e.*, a motion to dismiss or for summary judgment), Petitioner must file any response within **twenty (20) days** after the date Petitioner is served with a copy of Respondents' submission. Under the Court's local rules, Petitioner's failure to respond will be considered a representation that Petitioner does not oppose any motion that may have been filed. *See* S.D. Tex. L.R. 7.4. If Petitioner fails to respond on time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6. Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer of Guerra-Lamarche outside of the Houston Division of the Southern District of Texas, or of any planned removal of the petitioner from the United States, **at least five (5) days before** any such transfer or removal.

The Clerk of Court will provide a copy of this Order to the parties.

SIGNED on this ___13th___ day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE